<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-7440**

_____

ALPHONSO STEVE BRYANT,

Petitioner - Appellant,

versus

RONALD J. ANGELONE, Director, Virginia Depart-
ment of Corrections,

Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.  Robert E. Payne, District Judge.
(CA-00-261-3)

_____

Submitted:  January 18, 2001          Decided:  January 25, 2001

_____

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Alphonso Steve Bryant, Appellant Pro Se.  Mark L. Earley, Attorney
General, Steven Andrew Witmer, OFFICE OF THE ATTORNEY GENERAL OF
VIRGINIA, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Alphonso Steve Bryant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000).  We have reviewed the record and the district court's opinion and find no reversible error.[*]  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  Bryant v. Angelone, No. CA-00-261-3 (E.D. Va. Sept. 15, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] The district court's memorandum opinion incorrectly states that Bryant had until June 8, 2000 to file his § 2254 petition, rather than June 8, 1999.  This error does not affect the district court's conclusion that Bryant's petition was barred by the statute of limitations.

2